UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against -

ILIT RAZ,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 7/31/2024 |

Stipulation and [Proposed] Order

No. 24 Civ. 4466 (MKV)

WHEREAS, on July 11, 2024, the Government moved to intervene and for a full stay of the above-captioned case, in light of the pendency of the parallel criminal case *United States v. Ilit Raz*, 24 Cr. 4 (AKH) (the "Criminal Case"), in which a superseding indictment has been returned; and

WHEREAS, defendant Ilit Raz consent to the requested stay;

WHEREAS, the Securities and Exchange Commission (the "SEC") takes no position on the request for a stay; and [handwritten: except that the SEC seeks permission to continue attempting to serve Raz]

WHEREAS, the Court finds that a stay of this action is in furtherance of the public interest and will not prejudice any party; it is hereby

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that proceedings in this action are stayed in their entirety pending the conclusion of the Criminal Case, but without prejudice to any party's right to make a subsequent application to lift the stay and resume proceedings based on changed circumstances. For avoidance of doubt, the obligations to answer or otherwise respond to the complaint, motion practice, document discovery, and all depositions, interrogatories, requests for admission, issuance of subpoenas, third party discovery, and any other forms of discovery, including the parties'

obligation to make disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), are hereby stayed in their entirety. However, the SEC may continue attempting to serve international defendant Ilit Raz during the pendency of the stay.

SO ORDERED:

*Mary Kay Vyskocil*
THE HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

July 31, 2024
DATE

---

The parties must notify the Court within 14 days of the resolution of the criminal case. The parties must file a status letter 120 days from the date of this Order and every 120 days thereafter until the resolution of the criminal case.