

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

March 28, 2025

**By ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *SEC v. Ilit Raz*, 24 Civ. 4466 (MKV)

Dear Judge Vyskocil,

On July 31, 2024, this case was stayed pending the completion of a parallel criminal action, *United States v. Raz*, 24 Cr. 00004 (AKH) (SDNY). Dkt. No. 12. On November 29, 2024, the parties provided the Court a status report on this case. Dkt. No. 14. Pursuant to the Court's July 31, 2024 Order, the parties now provide an update on the status of this case, as well as the status of the parallel criminal case.

Since the Court's July 31, 2024 Order, Plaintiff Securities and Exchange Commission effectuated service of the Complaint and supporting documents on Defendant Ilit Raz ("Raz") in Israel in conformity with the Hague Convention on October 31, 2024. *See* Dkt. No. 13. Since the parties' last status report, counsel for Raz has filed a notice of appearance in this matter. *See* Dkt. No. 15. The parties understand the parallel criminal case pending against Raz to remain active. However, no trial date has been set in the parallel criminal case as Raz is currently overseas in Israel and has not appeared in the United States yet.

The parties will continue to update the Court every 120 days pursuant to the Order.

Respectfully submitted,

/s/ Alicia Guo

Alicia Guo
Counsel

cc: All counsel of record (by ECF)